UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

JOHN WITHERS,

                      Plaintiff,

                      Civil Action No. 3:18-cv-868
                      (GLS/DEP)

-against-

                      AFFIDAVIT OF SERVICE

WBNG, INC.,                      Defendants.

State of New York)
              SS.:
County of Albany)

Jeffrey Teitel, being duly sworn deposes and says that deponent is over the age of eighteen years and is not a party in this proceeding. Deponent served a true copy of Summons in a Civil Action, Civil Cover Sheet and Complaint such service having been made in the following manner, stated herein, and said person being the proper and authorized person to be served in this proceeding,

Legal Representative as Agent for Service -Corporation Service Company on behalf of **WBNG, INC.**
80 State Street- Albany, NY 12207
\_\_11:40\_\_ AM July 30, 2018

Deponent further states upon information and belief that said person so served in not in the Military service of the state of the State of New York or of the United States as the term is defined in either of the State or Federal Statutes.

Sworn to me this 30th day of
July, 2018

_____
Hilary Teitel
Notary Public, State of New York
Qualified in Albany County
No. 01TE5049179
Commission Expires September 11, 2021

_____
Jeffrey Teitel