

August 29, 2018

Honorable Gary L. Sharpe
United States District Judge
Northern District of New York
445 Broadway, Room 112
Albany, New York 12207

Re:   ***Withers v. WBNG Television, Inc. (3:18-cv-00868-GLS-DEP)***

Dear Judge Sharpe,

We represent Plaintiff, Josh Withers, in the above in-captioned case. We are in touch with Defendant and are starting to discuss settlement. Defendant respectfully requests a 30-day extension until October 3, 2018 to respond to the complaint. The original due date is September 3, 2018. This is the first request for an extension of time to respond to the complaint. The Plaintiff consents to this extension.

    Respectfully submitted,

    /s/Richard Liebowitz
    Richard P. Liebowitz

    *Counsel for Plaintiff Josh Withers*

