UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JOSH WITHERS<br><br>Plaintiff,<br><br>v.<br><br>WBNG TELEVISION, INC.<br><br>Defendant. | **NOTICE OF SETTLEMENT DISMISSAL OF CIVIL ACTION WITH PREJUDICE (FRCP 41(a)(1)(A)(i)**<br><br>**Case No.: 3:18-cv-00868-GLS-DEP** |

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff Josh Withers hereby gives notice that the case has been settled and the above-captioned action is voluntarily dismissed, with prejudice.

/s/Richard Liebowitz
Richard P. Liebowitz
Liebowitz Law Firm, PLLC
11 Sunrise Plaza, Suite 305
Valley Stream, NY 11580
Tel: (516) 233-1660
RL@LiebowitzLawFirm.com

Dated: October 2, 2018

*Attorneys for Plaintiff Josh Withers*